# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>         v.<br><br>FRANCISCO SALAZAR-ARMENTA,<br><br>                                    Defendant. | Case No. 15-cr-3174-BAS<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE**<br><br>**[ECF No. 14]** |

Pending before the Court is the United States of America's motion to dismiss the indictment without prejudice. Having reviewed the motion, and good cause appearing, the Court **GRANTS** the Government's motion and **DISMISSES WITHOUT PREJUDICE** the indictment against Francisco Salazar-Armenta. *See* Fed. R. Crim. P. 48(a).

**IT IS SO ORDERED.**

**DATED: February 24, 2016**

Hon. Cynthia Bashant
United States District Judge